**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHRISTOPHER D. WARREN                                                    PLAINTIFF

V.                                    4:18CV00388 KGB/JTR

DOES                                                                     DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition (ARecommendation@) has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**I.   Discussion**

Plaintiff Christopher D. Warren ("Warren") has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was confined in the Prairie County JailDrew County Jail. *Doc. 1*.

On June 13, 2018, the Court entered an Order directing Warren to either pay the filing fee in full, or file an application to proceed *in forma pauperis*, on or before July 13, 2018. *Doc 2.* He was cautioned that failure to comply with the Court's Order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

As of the date of this Recommendation, Warren has not complied with the Court's June 13, 2018 Order. The time to do so has expired.

## II.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.      This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution;

2.      The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 11th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE