IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER D. WARREN                                                PLAINTIFF

v.                      Case No. 4:18-cv-00388-KGB/JTR

DOES                                                         DEFENDANTS

**ORDER**

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 3). Accordingly, the Court dismisses without prejudice plaintiff Christopher D. Warren's claims against defendants Does for failure to prosecute. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

So ordered this 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge