# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTOPHER D. WARREN**                                                  **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00388-KGB/JTR**

**DOES**                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Christopher D. Warren's complaint is dismissed without prejudice.

So adjudged this the 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge